UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT KENNETH BRAITON,** *pro se*,

    **Petitioner,**

v.                                                                                    Case No.  8:08-cv-1584-T-30TGW

**ATTORNEY GENERAL, USA, et al.,**

    **Respondents.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Petitioner's Motion Not to Allow DHS More Time (Dkt. #7).  On August 20, 2008, Magistrate Judge Thomas G. Wilson entered an Order denying Petitioner's prior Motion Not to Allow DHS More Time (Dkt. 6).  In the Order, Judge Wilson advised Plaintiff that he needs to either pay the appropriate filing fee or file an application to proceed *in forma pauperis*.  Judge Wilson also advised Plaintiff that his motion did not conform with Local Rule 3.01(a) as it was not accompanied by a memorandum of law.  The instant motion is identical to Petitioner's prior motion.  Petitioner has again failed to pay the appropriate filing fee, file an application to proceed *in forma pauperis*, and/or attach a memorandum of law.

    It is therefore ORDERED AND ADJUDGED that:

    1.    Petitioner's Motion Not to Allow DHS More Time (Dkt. #7) is **DENIED without prejudice**.

2. Plaintiff is afforded the additional time provided in Judge Wilson's August 20, 2008 Order to pay the filing fee or complete an application to proceed *in forma pauperis*, failing which this case will be dismissed without further notice.

**DONE** and **ORDERED** in Tampa, Florida on August 29, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1584.mt not to allow time.frm