UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT KENNETH BRAITON,** *pro se,*

    **Petitioner,**

v.                                                    Case No.  8:08-cv-1584-T-30TGW

**ATTORNEY GENERAL, USA, et al.,**

    **Respondents.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Petitioner's letter, filed with the Clerk's Office on September 8, 2008.  The Court construes the letter as a supplement to Petitioner's Application to Proceed Without Prepayment of Fees (Dkt. 9) and Affidavit of Indigency (Dkt. 10).  Magistrate Judge Thomas G. Wilson did not have the benefit of Petitioner's letter and attached trust fund account statement when he denied Petitioner's Application.  *See* September 11, 2008 Order at Dkt. 11.  However, the attached trust fund account statement still fails to comply with the requirements of 28 U.S.C. § 1915(2).  Accordingly, even if Judge Wilson had the benefit of the trust account statement attached to Plaintiff's letter, he would have still denied Petitioner's application.

It is therefore ORDERED AND ADJUDGED that:

1.     The Clerk is directed to docket the letter and attached trust fund account statement filed by Petitioner on September 8, 2008, as a Supplement to Petitioner's Affidavit of Indigency.

2.  Plaintiff shall have thirty (30) days to either (i) pay the applicable filing fee, or (ii) file a motion for reconsideration of his application, along with a *certified copy* of his trust fund account statement (or institutional equivalent) for the *6-month period* immediately preceding the filing of his Petition in accordance with 28 U.S.C. § 1915. Petitioner's failure to do so shall result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Tampa, Florida on September 22, 2008.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1584.supplement.frm