**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBERT KENNETH BRAITON,** *pro se,*

      **Petitioner,**

**v.**                                                                                     **Case No.  8:08-cv-1584-T-30TGW**

**ATTORNEY GENERAL, USA, et al.,**

      **Respondents.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  On September 22, 2008, the Court directed Plaintiff to either (i) pay the applicable filing fee in this action, or (ii) file a motion for reconsideration of his application to proceed *in forma pauperis*, along with a certified copy of his trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of his Petition in accordance with 28 U.S.C. § 1915. Plaintiff has failed to timely comply with the Court's September 22, 2008 Order.

It is therefore ORDERED AND ADJUDGED that:

1.      This cause is **DISMISSED without prejudice**.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on October 30, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1584.dismissal.frm